ROCKVAN REALTY CORPORATION, Appellant, *v.* GENERAL MOTORS CORPORATION, Respondent.

Argued March 10, 1954; decided April 15, 1954.

*Max Berg.* and *M. Warren Berk* for appellant.

*Edgar F. Burleigh, George A. Brooks, Edward W. Horne* and *Edward B. Wallace* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.